IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IVOR GORDON,** PETITIONER
ADC #134141

v. Case No. 5:19-cv-00076 BSM

**DEXTER PAYNE, Director,** RESPONDENT
**ARKANSAS DIVISION OF CORRECTION**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 9] has been received. After careful review of the record, the RD is adopted. The petition [Doc. No. 2] is dismissed, and the requested relief is denied. A certificate of appealability shall not be issued.

IT IS SO ORDERED this 25th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE